**Order filed August 26, 2016**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00042-CV

**BENSON SCOTT WYLY, Appellant**

**V.**

**ESSEX INSURANCE COMPANY, U.S. RISK, INC. AND INTEGRITY INSURANCE SOLUTION, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-0583**

---

## O R D E R

The clerk's record was filed May 8, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Notice of Non Suit – Partial filed by Benson Scott Wyly on October 18, 2014.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before September 6, 2016, containing Notice of Non Suit – Partial filed by Benson Scott Wyly on October 18, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM